Joseph Sadula, appellee, v. Village of Richton Park, appellant. Gen. No. 37,231.

Heard in the first division·of this court for the first district at the December term, 1933. Opinion filed March 5, 1934.

Noble Stibolt, for appellant. Earl J. Walker, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.